# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-23-04168-MCS (AGRx) | Date | September 25, 2023 |
|---|---|---|---|
| Title | Patagonia, Inc. v. Nordstrom, Inc. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| K. Lozada | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **In Chambers: ORDER RE: SETTLEMENT CONFERENCE**

This case has been referred to Magistrate Judge Rosenberg for settlement. Plaintiff's counsel shall contact Magistrate Judge Rosenberg's deputy clerk, Karl Lozada, agr_chambers@cacd.uscourts.gov, to obtain available dates for a settlement conference. Plaintiff's counsel shall contact Magistrate Judge Rosenberg's deputy clerk with enough time so that the settlement conference date is early enough to comply with any deadlines imposed by the District Judge or the Local Rules of this District. After obtaining available dates from Magistrate Judge Rosenberg's deputy clerk, counsel for the parties shall confer with each other and select one of the settlement conference date selected by parties. Please note that all settlement conferences begin at 1:30 p.m. and are usually conducted on a Monday or Wednesday by video conference.

IT IS SO ORDERED.

cc: The Parties

| | Initials of Preparer | kl |
|---|---|---|